April 15, 2015

Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, Texas   75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 2 0 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: No. 12-14-00332-CV
    Robert C. Morris vs. Sherri Milligan, Et Al.
    T/C No. 349-6270

Dear Court Clerk,

Please find enclosed my Motion To Suspend Rules and my Appellant's Pro Se Brief to be filed and presented to the Court for consideration and ruling int he above styled numbered cause.

Please Note that on this day, a true and correct copy of the enclosed has been served upon the Appellees through counsel, Asst. Attorney General Patrick Brezik.

I would request notification upon reciept of the enclosed and any ruling entered by the Court in this matter.

Thank you for your time and assistance inthis matter, it is greatly appreciated and welcomed.

Sincerely,

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas   79331

enclosure(s): 3

cc:   file
      Patrick Brezik,
       Asst. Attorney General

NO. 12-14-00332-CV

ROBERT C. MORRIS                    §        IN THE

vs.                                 §        TWELFTH COURT OF APPEALS

SHERRI MILLIGAN, ET AL.             §        TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District
TYLER, TEXAS
APR 2 0 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

## MOTION TO SUSPEND RULES

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW, Robert C. Morris, Appellant Pro Se, in the above-styled numbered cause, and respectfully files and submits this his Motion to Suspend Rules, purusant to Rule 2 of the Texas Rules of Appellate Procedure. Morris shows cause in support to suspend the following Rules.

Morris is presently incarcerated at the Smith Unit of TDCJ in Lamesa, texas. He does not have access to photocopy machine, nor does TDCJ provide copies to inmates. Furthermore, Morris has previously filed with this Court a Motion for Immediate Court to direct Smith Unit TDCJ officials to provide necessary paper to prepare and file appeal brief. A writ of mandamus was also sought from this Court for the same issue.

Therefore, due to the circumstances beyond Morris's control, he seeks to suspend the following Rules of the Texas Rules of Appellate Procedure.

Rule 9.3 - Number of Copies: the Rules requires original and one copy of the document to be filed. Morris seeks to suspend Rule due to the lack of access to photocopy machine or service.

Rule 9.4 - Form: Subsection (a) requires printing on one side of paper. Morris seeks suspension of this Rule's subsection due to the Smith Unit Law Library officials failure to provide necessary paper. TDCJ officials limited number of sheets requested and provided, however there is an unlimited access to pre-printed forms, which in order to prepare and file appellate brief within deadline, Morris used the unlimited access to forms .

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the Appellant Robert C. Morris, prays this Honorable Court grants the suspension of the Rules as requested in this motion due to circumstances beyond Morris's control, in the interest of justice.

Respectfully Submitted

Dated: April 15, 2015

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas   79331